UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCAONSIN

Thomas Doyle
    Plaintiff

Case No:    10 CV 476
15 U.S.C. 1692 Fair Debt Collection Practices Act ("FDCPA")

vs.

Messerli and Kramer
    Defendants

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff in the above captioned matter respectfully move the Court to enter Summary Judgment against the Defendant(s). This law suit has been brought under 15 U.S.C. 1692 ("Fair Debt Collection Practices Act" "FDCPA").

Dated this 8th of October 2010

**VAITYS LAW LLC**
Attorneys for Plaintiff,
Thomas Doyle

Thomas D Vaitys
State Bar No.: 1049546

VAITYS LAW LLC
Thomas D Vaitys
**The Warehouse Lofts**
413 North 2nd Street #150 B
Milwaukee WI 53203
(414) 897-8240 Phone
(414) 220-5115 Facsimile
litslaw@wi.rr.com
www.ripoffrelief.com